IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

CASE NO: 10-11195-SEK/O

IN RE:

CHAPTER: 13

**PACHECO BURGOS, OLINDA ISABEL**
**(SS: 6946)**

**COLON SERRA, MIGUEL ANGEL**
**(SS: 7467)**

**Debtor(s)**

P.O. BOX 193872
SAN JUAN, PR 00919

---

## MOTION FOR CONTINUANCE

**TO THE HONORABLE COURT:**

COME(S) NOW Debtor(s), represented by the undersigned attorney, and represent(s) as follows:

1. On November 30, 2010 debtor(s) filed the bankruptcy petition, for the above-captioned matter. The §341 meeting was scheduled and held, and debtor(s) was/were present.

2. At the §341 meeting held on february 03, 2011, some issues were raised that require additional time to resolve. We respectfully request, from this Honorable Court, that the confirmation hearing be rescheduled to an available date, in order to resolve the issues that were raised on the §341 meeting.

3. Creditors will not be harmed or affected in any way, because debtor will continue to make payments according to the proposed plan.

**WHEREFORE** applicants pray from this Honorable Court to rescheduled the Confirmation Hearing for an available date.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the all parties in interest in the attached master address list. We will serve by Postal Service the document to any non CM/ECF participants.

On this day, February 04, 2011

**LEGAL PARTNERS, P.S.C.**
Box 316, Señorial Station
San Juan, P.R. 00926-6023
Tel:(787) 791-1818
Fax: (787) 791-4260

*/S/ Juan M. Suárez Cobo*
Juan M. Suárez Cobo
USDCPR 211010
suarezcobo@prtc.net